UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.                                              Case No. 8:05-cv-155-T-30MSS

DONALD MELODIA and
GENEVA MELODIA,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Geneva Melodia's Motion for Order of Default (Dkt. #18).  Defendant Geneva Melodia is not entitled to a default against co-Defendant Donald Melodia because there is no evidence that co-Defendant Donald Melodia was served with process on the cross-claim pursuant to Fed. R. Civ. P. 4.

It is therefore ORDERED AND ADJUDGED that Defendant Geneva Melodia's Motion for Order of Default (Dkt. #18) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on May 24, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-155 Motn Default.wpd