**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**THE PRUDENTIAL INSURANCE**
**COMPANY OF AMERICA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No.  8:05-cv-155-T-30MSS**

**DONALD MELODIA and**
**GENEVA MELODIA,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Default Judgment as to Donald Melodia (Dkt. #17).  Plaintiff filed this interpleader action to resolve the completing claims of Donald and Geneva Melodia to proceeds of a life insurance policy issued to the decedent, Joseph Melodia.  Plaintiff has asserted that it has no interest in the proceeds of the policy and the action was brought to resolve the Defendants' competing claims.  On March 24, 2005, a Clerk's Entry of Default was entered against Defendant Donald Melodia (Dkt. #10) for failure to file or serve a responsive pleading.

Plaintiff now seeks an order of final judgment precluding Defendant Donald Melodia from brining an action against it for the recovery of the insurance proceeds and barring him from asserting an entitlement to the contested funds.  Defendant Donald Melodia has not filed a response to Plaintiff's Motion.

After consideration, this Court finds that Plaintiff's Motion should be GRANTED in part and DENIED in part. Plaintiff's request for injunctive relief barring Defendant Donald Melodia from bringing an action against it for recovery of the insurance proceeds should be granted. Plaintiff's request that Donald Melodia be enjoined from asserting an entitlement to the contested funds is not warranted, however, because the competing claims are between Defendants Donald Melodia and Geneva Melodia.

It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion for Default Judgment as to Donald Melodia (Dkt. #17) is **GRANTED in part** and **DENIED in part** as set forth herein.

**DONE** and **ORDERED** in Tampa, Florida on June 21, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-155 Motn Default Judgment Interpleader.wpd