# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,**

      **Plaintiff,**

**v.**                               **Case No.  8:05-cv-155-T-30MSS**

**DONALD MELODIA and
GENEVA MELODIA,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant/Cross-Claimant Geneva Melodia's Motion for Default Final Judgment as to Defendant, Donald Melodia (Dkt. 28) and Defendant/Cross-Claimant Geneva Melodia's Motion for Order Approving Joint Stipulation (Dkt. 27).  Upon review and consideration is hereby ORDERED AND ADJUDGED that:

1.     Defendant/Cross-Claimant Geneva Melodia's Motion for Default Final Judgment as to Defendant, Donald Melodia (Dkt. 28) is **GRANTED**.

2.     Defendant/Cross-Claimant Geneva Melodia's Motion for Order Approving Joint Stipulation (Dkt. 27) is **GRANTED**.

3.     In accordance with the provisions of the Joint Stipulation (Dkt. 21), the Clerk is ordered to issue checks from the Court Registry in the amounts and to the parties identified therein.

4.     All pending motions are hereby **DENIED** as moot.

5.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 27, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**<u>Copies furnished to:</u>**
Counsel/Parties of Record

S:\Odd\2005\05-cv-155 Granting of Motion for Default Judgment.frm